Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main 510-550-8200 • Fax 510-550-8211

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BERKELEY UNIFIED SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>vs.<br><br>A.B.T.,<br><br>    Defendant. | CASE NO. 3:18-cv-06968-MMC<br><br>[PROPOSED] ORDER<br><br>Judge:    Hon. Maxine M. Chesney |

Pursuant to the stipulation of the Parties and good cause appearing, it is HEREBY ORDERED that:

The compensatory order, including the compensatory remedies and training provided therein, of the California Office of Administrative Hearings in Case No. 2018030517 is VACATED in its entirety.

IT IS SO ORDERED.

DATED: February 24, 2020

_____
Hon. Maurine M. Chesney
United States District Court Judge

233-292/4443739.1