Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main 510-550-8200 • Fax 510-550-8211

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BERKELEY UNIFIED SCHOOL DISTRICT, | CASE NO. 3:18-cv-06968-MMC |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| A.B.T., | Judge: Hon. Maxine M. Chesney |
| Defendant. | |

Pursuant to the stipulation of the Parties and good cause appearing, it is HEREBY ORDERED that:

This matter is DISMISSED WITH PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: April 14, 2020

_____
Hon. Maxine M. Chesney
United States District Court Judge

233-329/4678957.1